WILSHIRE LAW FIRM
Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel:  +213.381.9988
Fax:  +213.381-9989

Attorneys for Plaintiff
DANIEL CERVANTES

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendant
ATHLETA LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATHLETA LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01614-JAM-KJN<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT ATHLETA LLC TO RESPOND TO PLAINTIFF DANIEL CERVANTES'S INITIAL COMPLAINT**<br><br>Complaint Served: September 13, 2021<br>Current Response Date: November 1, 2021<br>New Response Date: December 1, 2021 |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 41858375.1

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01614-JAM-KJN

WHEREAS, Plaintiff Daniel Cervantes ("Plaintiff") filed his Complaint on September 9, 2021;

WHEREAS, Defendant Athleta LLC ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties") was served on September 13, 2021;

WHEREAS, through the Parties' prior stipulation, Defendant's current responsive pleading deadline is November 1, 2021;

WHEREAS, Defendant's counsel will be out of the office on November 1, 2021;

WHEREAS, the Parties are in the process of discussing potential informal resolution of this matter including exchanging informal discovery, and would like additional time to continue these discussions; and

WHEREAS, the Parties' respective counsel have met and conferred and stipulated to a 30-day extension of time for Defendant to respond to Plaintiff's Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended by 30 calendar days to December 1, 2021.

Dated: November 1, 2021        WILSHIRE LAW FIRM

                               By   /s/ Thiago Coelho
                                   Thiago Coelho
                                   Attorney for Plaintiff
                                   DANIEL CERVANTES

Dated: November 1, 2021        MORGAN, LEWIS & BOCKIUS LLP

                               By   /s/ Kathy H. Gao
                                   KATHY H. GAO
                                   Attorney for Defendant
                                   ATHLETA LLC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 41858375.1

1

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01614-JAM-KJN

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  November 1, 2021

MORGAN, LEWIS & BOCKIUS LLP

By    */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
ATHLETA LLC

## ORDER

After considering the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:  Defendant's deadline to respond to Plaintiff's Complaint shall be extended to November 1, 2021.

**IT IS SO ORDERED.**

Dated:  November 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 41858375.1

2

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01614-JAM-KJN