WILSHIRE LAW FIRM
Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel:  +213.381.9988
Fax:  +213.381-9989

Attorneys for Plaintiff
DANIEL CERVANTES

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
ATHLETA LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATHLETA LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01614-JAM-KJN<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT ATHLETA LLC TO RESPOND TO PLAINTIFF DANIEL CERVANTES'S INITIAL COMPLAINT**<br><br>Complaint Served: September 13, 2021<br>Current Response Date: December 1, 2021<br>New Response Date: January 4, 2022 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01614-JAM-KJN

DB2/ 42139398.1

1    WHEREAS, Plaintiff Daniel Cervantes ("Plaintiff") filed his Complaint on September 9,

2   2021;

3    WHEREAS, Defendant Athleta LLC ("Defendant") (Plaintiff and Defendant collectively

4   referred to as the "Parties") was served on September 13, 2021;

5    WHEREAS, through the Parties' prior stipulation, Defendant's current responsive

6   pleading deadline is December 1, 2021;

7    WHEREAS, Defendant still is in the process of investigating and assessing Plaintiff's

8   allegations which is a time-consuming process given the highly technical nature of the

9   allegations;

10    WHEREAS, the Parties also are in the process of discussing potential informal resolution

11   of this matter including exchanging informal discovery, and would like additional time to

12   continue these discussions; and

13    WHEREAS, the Parties' respective counsel have met and conferred and stipulated to an

14   extension of time for Defendant to respond to Plaintiff's Complaint.

15    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the

16   Parties' respective counsel as follows:

17    Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be

18   extended to January 4, 2022.

19   Dated:  December 1, 2021          WILSHIRE LAW FIRM

20                                    By    */s/ Thiago Coelho*
                                            Thiago Coelho
21                                          Attorney for Plaintiff
                                            DANIEL CERVANTES
22

23   Dated:  December 1, 2021          MORGAN, LEWIS & BOCKIUS LLP

24                                    By    */s/ Kathy H. Gao*
                                            KATHY H. GAO
25                                          Attorney for Defendant
                                            ATHLETA LLC
26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 42139398.1

1

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01614-JAM-KJN

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 1, 2021

MORGAN, LEWIS & BOCKIUS LLP

By  *  /s/ Kathy H. Gao*

KATHY H. GAO
Attorney for Defendant
ATHLETA LLC

**ORDER**

After considering the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:  Defendant's deadline to respond to Plaintiff's Complaint shall be extended to January 4, 2022.

**IT IS SO ORDERED.**

Dated:  December 1, 2021

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 42139398.1

2

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01614-JAM-KJN