WILSHIRE LAW FIRM
Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel: +213.381.9988
Fax: +213.381-9989

Attorneys for Plaintiff
DANIEL CERVANTES

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendant
ATHLETA LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATHLETA LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01614-JAM-KJN<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT ATHLETA LLC TO RESPOND TO PLAINTIFF DANIEL CERVANTES'S INITIAL COMPLAINT**<br><br>Complaint Served: September 13, 2021<br>Current Response Date: January 4, 2022<br>New Response Date: February 3, 2022 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 42337720.1

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01614-JAM-KJN

1  WHEREAS, Plaintiff Daniel Cervantes ("Plaintiff") filed his Complaint on September 9, 2021;

2  WHEREAS, Defendant Athleta LLC ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties") was served on September 13, 2021;

3  WHEREAS, through the Parties' prior stipulation, Defendant's current responsive pleading deadline is January 4, 2022;

4  WHEREAS, Defendant still is in the process of investigating and assessing Plaintiff's allegations which is a time-consuming process given the highly technical nature of the allegations;

5  WHEREAS, the Parties also are in the process of discussing potential informal resolution of this matter including exchanging informal discovery, and would like additional time to continue these discussions; and

6  WHEREAS, the Parties' respective counsel have met and conferred and stipulated to an extension of time for Defendant to respond to Plaintiff's Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended to February 3, 2022.

Dated: January 3, 2022    WILSHIRE LAW FIRM

By  /s/ Thiago Coelho
Thiago Coelho
Attorney for Plaintiff
DANIEL CERVANTES

Dated: January 3, 2022    MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Kathy H. Gao
KATHY H. GAO
Attorney for Defendant
ATHLETA LLC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 42337720.1

1

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01614-JAM-KJN

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: January 3, 2022                MORGAN, LEWIS & BOCKIUS LLP

                                      By    */s/ Kathy H. Gao*
                                         KATHY H. GAO
                                         Attorney for Defendant
                                         ATHLETA LLC

## ORDER

After considering the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that: Defendant's deadline to respond to Plaintiff's Complaint shall be extended to February 3, 2022.

**IT IS SO ORDERED.**

Dated: January 5, 2022                /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 42337720.1

2

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01614-JAM-KJN