1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL CERVANTES, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>ATHLETA LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>               Defendants. | CASE No. 2:21-cv-01614-JAM-KJN<br><br>**ORDER CONTINUING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

9

10

11

12

13

14

15

16

17

18       **IT IS HEREBY ORDERED THAT,**

19       1) The deadline to file dispositional documents currently scheduled for April

20          5, 2022, is hereby continued to May 5, 2022.

21

22       **IT IS SO ORDERED.**

23

24 DATED:  April 6, 2022       /s/ John A. Mendez

25                       THE HONORABLE JOHN A. MENDEZ

26                       UNITED STATES DISTRICT COURT JUDGE

27

28