WILSHIRE LAW FIRM
Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel: +213.381.9988
Fax: +213.381-9989
Attorneys for Plaintiff
DANIEL CERVANTES

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
ATHLETA LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATHLETA LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01614-JAM-KJN<br><br>[Hon. John A. Mendez]<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION TO EXTEND
DEADLINE TO FILE DISPOSITIONAL
DOCUMENTS
2:21-CV-01614-JAM-KJN

DB2/ 43131338.1

Plaintiff Daniel Cervantes ("Plaintiff") and Defendant Athleta LLC ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties") hereby stipulate based upon good cause as follows:

WHEREAS, the Parties have informally resolved this matter and are working diligently to negotiate the terms of the settlement agreement;

WHEREAS, the Parties will need more time to finalize the settlement agreement;

WHEREAS, the Parties' respective counsel have met and conferred and stipulated to an extension of time to file the dispositional documents in this case. Good cause exists for the requested extension because successfully resolving this matter at the pleading stage promotes judicial economy by allowing the Court to focus its scarce resources on other matters.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

The Parties' deadline to file dispositional documents in this case shall be extended to June 3, 2022.

Dated: May 5, 2022                WILSHIRE LAW FIRM

                                  By   */s/ Thiago Coelho*
                                       Thiago Coelho
                                       Attorney for Plaintiff
                                       DANIEL CERVANTES

Dated: May 5, 2022                MORGAN, LEWIS & BOCKIUS LLP

                                  By   */s/ Kathy H. Gao*
                                       KATHY H. GAO
                                       Attorney for Defendant
                                       ATHLETA LLC

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 43131338.1

1

JOINT STIPULATION TO EXTEND
DEADLINE TO FILE DISPOSITIONAL
DOCUMENTS
2:21-CV-01614-JAM-KJN

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: May 5, 2022

MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
ATHLETA LLC

## ORDER

After considering the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that: the Parties' deadline to file dispositional documents shall be extended to June 3, 2022.

**IT IS SO ORDERED.**

Dated: May 6, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 43131338.1

2

JOINT STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS
2:21-CV-01614-JAM-KJN